Date of Arrest: **10/07**

# United States District Court
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, <br><br> Vs. <br><br> Guillermina VENTURA-Moran <br> AKA: Carmen CARDOSA <br> 205318922 <br> YOB: 1978 <br> Citizen of: Mexico <br><br> Defendant | Magistrate Case No. **16-1797MJ** <br><br> COMPLAINT FOR VIOLATION OF <br><br> Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Re-Entry After Removal), Felony |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about October 7, 2016 Defendant Guillermina VENTURA-Moran, an alien, was found in the United States at or near Wellton, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Mexico through the port of San Ysidro, California, on or about February 8, 2013. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by John Roberts.

Signature of Complainant
Christopher Wright
Border Patrol Agent

Sworn to before me and subscribed in my presence,

| October 08, 2016 | at | Yuma, Arizona |
|---|---|---|
| Date | | City and State |

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

-1-

UNITED STATES OF AMERICA,

Vs.

Guillermina VENTURA-Moran
AKA: Carmen CARDOSA
205318922

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about October 7, 2016, near Wellton, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Santa Ana, California on or about December 21, 2012. The Defendant was most recently removed on or about February 8, 2013, through the port of San Ysidro, California, subsequent to a conviction in a Superior Court, State of California, County of Los Angeles, on or about June 25, 2007, for the crime of Child Cruelty, Possible Injury or Death, a felony.

Agents determined that on or about October 6, 2016, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____October 08, 2016_____
Date

_____
Signature of Judicial Officer

-2-

## *Probable Cause Statement*

*I, Border Patrol Agent Christopher Wright, declare under penalty of perjury, the following is true and correct:*

Defendant: **Guillermina VENTURA-Moran**

Dependents: 6 UNITED STATES

**IMMIGRATION HISTORY:** The Defendant is an illegal alien and has been apprehended by the United States Border Patrol on six (6) previous occasions. The Defendant has been removed a total of two (2) times.

**CRIMINAL HISTORY:**

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 06/25/2007 | Los Angeles, California | Child Cruelty, Pos. Injury/ Death | 30 Days Jail; 5 Years Probation |

Narrative: The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about October 7, 2016, near Wellton, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Santa Ana, California on or about December 21, 2012. The Defendant was most recently removed on or about February 8, 2013, through the port of San Ysidro, California, subsequent to a conviction in a Superior Court, State of California, County of Los Angeles, on or about June 25, 2007, for the crime of Child Cruelty, Possible Injury or Death, a felony.

Agents determined that on or about October 6, 2016, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

Executed on: **October 08, 2016**        Time: **07:13 AM MST**

Signed: **Christopher Wright, Border Patrol Agent**